```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

SURETEC INSURANCE COMPANY,

       Plaintiff,

v.                               CASE NO:  8:10-cv-2794-T-33MAP

CAIRNS CORPORATION, et al.,

       Defendants.
_____/

## **ORDER**

This cause comes before the Court pursuant to plaintiff SureTec Insurance Company's Motion for Attorneys' Fees and Costs (Doc. # 24), filed on April 13, 2011.

On March 22, 2011, this Court granted SureTec's motion for default final judgment against defendants Cairns Corporation, Abinitio Holdings, Inc., Robert Cairns, Katerina Cairns, and Lightstone Company and directed the Clerk to enter judgment in SureTec's favor. (Doc. # 20).  The Court also determined that SureTec is entitled to its reasonable attorneys' fees and costs.  <u>Id.</u>  Because this Court has already determined that SureTec is entitled to its attorneys' fees and costs, the only remaining issue to be determined is the amount.

SureTec submits that it incurred $6,218.56 in attorneys' fees and, in support, submits the affidavit of attorney Brett

D. Divers, as well as a list of time entries on a fee ledger. (Doc. # 24 at 2; Doc. # 24-1). Mr. Divers states, under penalty of perjury, that the attorneys who represented SureTec in this matter "necessarily spent the time listed . . . and the fees were reasonably and necessarily incurred for research, preparation of court documents, preparation of correspondence, telephone conferences, and review of documents . . . ." (Doc. # 24-1 at 2). However, there appears to be a discrepancy between the amount of fees requested in the Motion, $6,218.56, and the sum of the fees recorded on the fee ledger, $5,841.00. Accordingly, the Court grants the Motion for fees in the amount of $5,841.00.

SureTec also alleges that it incurred $500.00 in costs for filing the lawsuit and serving process on the defendants, as set forth in Mr. Divers's Affidavit. (Doc. # 24-1 at 3). These costs are separately itemized on the ledger attached to Mr. Divers's Affidavit. (Doc. # 24-1 at 7, 9).

Having considered the Motion, and being otherwise fully advised in the premises, this Court determines that the Motion is due to be granted. SureTec is entitled to a judgment in the amount of $6,341.00, which represents the sum of its costs

and attorneys' fees, as recorded on its fee ledger.[1]

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

SureTec Insurance Company's Motion for Attorneys' Fees and Costs (Doc. # 24) is **GRANTED**. SureTec is entitled to a judgment in the amount of $6,341.00, which represents the sum of its attorneys' fees and costs.

DONE and ORDERED in Chambers in Tampa, Florida, this <u>21st</u> day of April, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record

---

[1] SureTec notes that the amount requested in this Motion does not include the attorneys' fees and costs SureTec may incur to collect on its Judgment.